**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GAIL K. SMITH, VMD, PhD and | : | |
| KARYL J. HURLEY, DVM, | : | |
|       Plaintiffs, | : | **CIVIL ACTION** |
| | : | No. 20-04098 |
| v. | : | |
| | : | |
| PRUCO LIFE INSURANCE COMPANY, | : | |
| | : | |
|       Defendant. | : | |

**ORDER**

This 7th day of January, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 3) is **GRANTED.**

                                                                                  /s/ Gerald Austin McHugh
                                                                     United States District Judge